IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>**Jennifer Lee Jenkins**<br><br>Debtor(s) | Case No.: 09-26473-DWK<br><br>Chapter 13 |

**OBJECTION TO CONFIRMATION OF PLAN**

Wells Fargo Bank, N.A., a secured creditor, by its attorney, Mark S. Devan, files this Objection to Confirmation of Plan and states:

1. That Wells Fargo Bank, N.A. holds a first Deed of Trust on the property known as 3414 Newport Avenue, Annapolis, MD which is owned by the Debtor.

2. The plan does not provide for the full payment of the arrearages of $23,966.64.  The plan provides for $17,900.00.

WHEREFORE, Wells Fargo Bank, N.A. requests this Honorable Court deny confirmation of the Plan as filed by the Debtor(s).

/s/ Mark S. Devan_____
Mark S. Devan
606 Baltimore Avenue, Suite 302
Towson, Maryland 21201
(410) 828-5525
*Attorney for Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2009, a copy of Objection to Confirmation of Plan has been served upon the following parties in interest, via either electronic mail or first class mail postage pre-paid:

Jennifer Jenkins
3414 Newport Ave.
Annapolis, MD 21403

Jonathan Gladstone, Esquire
113 Ridgely Ave.
Annapolis, MD 21401
gladstonelaw@yahoo.com

Gerard R. Vetter, Trustee  
7310 Ritchie Highway, Suite 715  
Glen Burnie, MD 21061-3293  
courtfiles@grvch13.com  

                                                       /s/ Mark S. Devan  
                                                      Mark S. Devan